Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Eric D. Flores*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Eric D. Flores, <br><br> Plaintiff, <br><br> v. <br><br> Synchrony Financial and Experian Information Solutions, Inc., <br><br> Defendants. | Case No. 2:17-cv-01839-APG-PAL <br><br> **Notice of Settlement** |

## NOTICE

The dispute between Plaintiff Eric D. Flores ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant") has been resolved. Plaintiff

anticipates filing dismissal documents as to Plaintiff's claims against Defendant with prejudice within 60 days—on or before **January 2, 2018**.

DATED this 31st day of October 2017.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**IT IS ORDERED** that the settling parties shall have until **January 2, 2018**, to either file a stipulation for dismissal with prejudice, or a joint status report advising when the stipulation will be filed.

Dated: November 1, 2017

Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on October 31, 2017, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    6069 S. Fort Apache Rd., Ste. 100
    Las Vegas, NV 89148